UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

| | |
|---|---|
| PHILLIP SULLIVAN, JR., on behalf of himself and all others similarly situated, | |
| Plaintiff, | **ORDER** |
| - against - | 18 Civ. 8266 (PGG) |
| BRAVO MEDIA LLC, | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

        On February 15, 2019, this Court approved the parties' joint stipulation dismissing the entire action with prejudice.  (Dkt. No. 14)  Therein, the parties asked this Court to "retain jurisdiction over the parties and the action until December 1, 2020 for the sole purpose of enforcement of the parties' obligations under Section 2(C) of the parties' Confidential Settlement Agreement and Release of Claims."  (Id. at 1)  Having consulted with the parties, the Clerk of Court is hereby ordered to close this case.

Dated: New York, New York
       December 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge